# United States Court of Appeals
## For the First Circuit

No. 06-2685

STEFANO PICCIOTTO, JUDITH PICCIOTTO,
MELITA PICCIOTTO, ATHENA PICCIOTTO,
AND FOREIGN CAR CENTER, INC.,

Plaintiffs, Appellants,

v.

CONTINENTAL CASUALTY COMPANY,
GREAT NORTHERN INSURANCE COMPANY,
HARTFORD INSURANCE COMPANY
AND TWIN CITY FIRE INSURANCE COMPANY,

Defendants, Appellees.

**ERRATA**

The opinion of this court dated January 7, 2008, is amended
as follows:

On the coversheet replace "Scott D. Burke, with whom Harvey
Weiner, Timothy O. Egan, Peabody & Arnold LLP, Morrison Mahoney
LLP, Michael R. Byrne, and Melick, Porter & Shea LLP, were on
brief, for appellees." with "Scott D. Burke and Harvey Weiner, with
whom Timothy O. Egan, Peabody & Arnold LLP, Morrison Mahoney LLP,
Michael R. Byrne, and Melick, Porter & Shea LLP, were on brief, for
appellees."